```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
               CASE NO. 03-14033-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

KYLE EBRITE WILLIAMS,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on May 4, 2011.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on May 11, 2011. A Report and Recommendation filed on May 11, 2011 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2011.

```
                            _____
                            DONALD L. GRAHAM
                            UNITED STATES DISTRICT JUDGE


Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Panayotta Augustin-Birch, AFPD
```